# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| THOMAS ALAN GLUZINSKI | ) | NO. 15 B 26561 |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | |
| | ) | Honorable Judge A. Benjamin Goldgar |
| | ) | |

## NOTICE OF HEARING

TO:   Glenn Stearns, Chapter 13 Trustee (electronically via ECF)
Great Lakes Credit Union, ATTN : David Seeger President & CEO, 580 Craig Drive, Suite 10, Perrysburg, OH 43551 (via U.S. Certified Mail)
Great Lakes Credit Union, PO Box 1289, Deerfield, IL 60015 (via U.S. Mail)
Sherman & Purcell, LLP, 120 S. LaSalle Street, Suite 1460, Chicago, IL 60603 (via U.S. Mail)

PLEASE TAKE NOTICE that on January 8, 2016 at 9:30 a.m., the undersigned will appear before the Honorable Judge A. Benjamin Goldgar at the North Branch Court (Round Lake Beach), located at 1792 Nicole Lane, Round Lake Beach, Illinois and will then and there present the attached **DEBTOR'S OBJECTION TO CLAIM 2 OF GREAT LAKES CREDIT UNION**, at which time you may appear if you so choose.

### Certificate of Service

I, Charles L. Magerski, hereby certify that I caused a copy of this notice to be served, electronically via ECF to Glenn Stearns (Chapter 13 Trustee), via U.S. Certified Mail to Great Lakes Credit Union ATTN: David Seeger and via U.S. Mail to Great Lakes Credit Union and Sherman & Purcell at the locations listed above, and attached Objection upon the above parties on December 1, 2015 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   /S/ CHARLES L. MAGERSKI
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6297092

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| THOMAS ALAN GLUZINSKI | ) | NO. 15 B 26561 |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | |
| | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | |

**DEBTOR'S OBJECTION TO CLAIM 2 OF GREAT LAKES CREDIT UNION**
_____

**NOW COMES**, Thomas Gluzinski ("Debtor"), by and through his attorneys, Sulaiman Law Group, Ltd, and pursuant to Federal Bankruptcy Procedure Rule 3007, Objecting to Claim 2-1 filed by Great Lakes Credit Union ("GLCU"), and in support thereof stating as follows:

1. The Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on August 3, 2015.

2. The 341 Meeting of Creditors was held and concluded on October 5, 2015.

3. On October 9, 2015, confirmation was continued to December 18, 2015.

4. On or about September 28, 2015, the GLCU filed a proof of claim in the amount of $5,175.22. *See* attached Exhibit A is a true and accurate copy of the Proof of Claim ("Claim 2-1") filed by the GLCU.

5. However, Debtor believes his liability to the GLCU is much less than the amount claimed in Claim 2-1.

6. Specifically, Claim 2-1 alleges that the Debtor owes GLCU $5,175.22. *See* Exhibit A.

7. At the time the Debtor filed the underlying Chapter 13, the Debtor owed $13,874.39. *See* attached Exhibit B is a true and accurate copy of Debtor's filed Schedule D.

8. After the Debtor filed his Chapter 13, GLCU took a setoff from the funds available in his bank accounts. Specifically GLCU setoff $7,403.62 from the GLCU jointly held checking account ending in 6230 ID 08 and $1,679.75 from the GLUC jointly held savings account ending in 6230 ID 08, for a total amount of $9,083.37. See Exhibit C is a true and accurate copy of Great Lakes Credit Union Statement Accompanying Relief from Stay.

9. Given that GLCU was owed $13,874.39 at the time of filing the underlying Chapter 13 Bankruptcy and GLCU took an offset in the amount $9,083.37, the amount the Debtor owes GLCU is $4,791.02 and not $5,175.22 as claimed.

10. Consequently, Debtor's liability to GLCU be reduced by $384.20.

**WHEREFORE**, the Debtor prays this Honorable Court for the following relief:

A. Sustaining Debtor's Objection to Claim 2-1;

B. Reducing Claim 2-1 by $384.20 to $4,791.02; and

C. For any and all other relief this Court deems fair and proper.

Dated: December 1, 2015

Respectfully Submitted,
/s/ Charles L. Magerski
Charles L. Magerski #6297092
Attorney for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630) 575-8181